



★ ★ ★                                        ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00498-CR

**IN RE** Randall **DOUGLAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:    July 30, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On July 14, 2008, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 203566, styled *The State of Texas v. Randall Douglas*, pending in the County Court at Law No. 7, Bexar County, Texas, the Honorable Monica Guerrero presiding.